IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | |
| v. § | CASE NO. 9:19-CR-00027(1) |
| § | JUDGE MICHAEL J. TRUNCALE |
| § | |
| ADAM TELLO § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Defendant Adam Tello, filed a *pro se* Motion for Return of Property, and accompanying supplemental motions, seeking the return of property that was seized from his residence during the execution of a search warrant. [Dkts. 202, 210, 215]. The Government filed a response stating that it does not oppose the return of paperwork, four cellular phones, and a Toughbook computer (to the extent it is in federal custody), but that it does oppose the return of the remaining items, as it is not in possession of them. [Dkt. 212]. Pursuant to 28 U.S.C. § 636(b), the Local Rules for the United States District Court for the Eastern District of Texas, and a specific referral order, [Dkt. 219], these motions were before United States Magistrate Judge Christine L. Stetson. Judge Stetson issued a report with recommended findings of fact and conclusions of law ordering the return of some of the requested items to Mr. Tello. [Dkt. 221]. The parties did not file any objections to the report and recommendation.

The Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct, and the Report of the United States Magistrate Judge [Dkt. 221] is **ADOPTED**.

It is therefore **ORDERED** that Mr. Tello's motions, [Dkts. 202, 210, 215], are **GRANTED IN PART** and **DENIED IN PART**. The Government shall return to Mr. Tello the paperwork (in custody of the ATF), four cellular telephones (in custody of the DEA), and the Toughbook computer (in custody of the Harris County Sheriff's office). As to the remaining items not within the Government's custody and the red iPhone not owned by Mr. Tello, the Court **DENIES** the motions.

**Defendant Adam Tello must notify the Court of his named designee (with contact information, including a phone number) to receive his returned property within ten (10) days of his receipt of this Order.**

The Panasonic CF-31 Toughbook computer in custody of the Harris County Sheriff's Office per case number 1906-03727 may be claimed by Defendant Adam Tello's designee in person at the property room located at 601 Lockwood Drive, Houston, Texas 77011. **The designee must bring a copy of this Order to present to the sheriff's office, along with Mr. Tello's filed notice to the Court of his named designee.**

It is so ordered.

SIGNED this 3rd day of March, 2023.

Michael J. Truncale
United States District Judge